**Shuri STONECIPHER,
Plaintiff/Appellant,**

v.

**Terrill ROBERTS and Terese Roberts, Defendants,**

and

**Vicki Benson Real Estate Professionals, LLC, Defendant/Respondent.**

**No. ED 105095**

Missouri Court of Appeals,
Eastern District,
NORTHERN DIVISION.

Filed: December 12, 2017

John W. Russell, 230 5th St., Suite A, P.O. Box 161, Monroe City, MO 63456-0161, for appellant.

Jeffrey O. Parshall, W. Tyler Dunn, 3210 Bluff Creek Drive, Columbia, MO 65201-3525, for respondent.

Before James M. Dowd, C.J., Mary K. Hoff, J., and Lawrence E. Mooney, J.

## ORDER

PER CURIAM

The plaintiff, Shuri Stonecipher, appeals the summary judgment entered by the Circuit Court of Knox County in favor of defendant, Vicki Benson Real Estate Professionals, LLC, ("the realty agency") in this suit for fraud, civil conspiracy, and unlawful merchandising practices in connection with the plaintiff's purchase of a home from defendants, Terrill and Terese Roberts, and listed for sale by the realty agency. The trial court certified its judgment for immediate appeal pursuant to Rule 74.01(b), finding that it fully disposed of all issues, rights, and interests between the plaintiff and the realty agency and finding no just reason for delay. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision. We affirm the trial court's judgment. Rule 84.16(b)(5).